Bamkari S. Kaley Anderson
# D05765 - D1 - 114 - SHU
P.O. Box 7500
Crescent City, CA. 95532

U.S. District Courts
for the Northern District of Calif.
450 Golden Gate Ave.
Po Box 36060
S.F. CA. 94102-9680

Dated 10-31-07

CASE # C07 5417 JF
Filed as Class Action

Dear Richard W. Wieking, Clerk

I am writing concerning a Civil Complaint I had joined concerning conditions here at Pelican Bay State Prison. For some reason I was sent a individual forms for filing fee's of civil case # C07 5417, I will like for you to explain how this process of charging each complaintiff of an civil class action suite. There should be only one filing fee for a Class action law suite in federal courts — If they is true, it mean that the courts would recieve $3,500 for one civil writ complaint. Please explain, see documents on how the courts was able to treat this complaint as individual complaints and not Class action. I will not be sending in the filing fee forms you sent to me, so you can contact the original filer of the class action complaint. I will like for my statement be amended as an affidavit/witness to the actions of the complaint. Sincerely,
Bamkari S. Kaley Anderson