2-12-08

Greetings: Richard W. Wieking
Clerk U.S. District Court
Northern District of California
450 Golden Gate Ave.
San Francisco, Calif. 94102

**RECEIVED**

FEB 19 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

It's with a need to embrace the consumption of time that I am expediting this page to you, praying the contents arrive and find everything well.

My name is Michael M. Cooperwood C-46411 D1-214 and I'm housed at Pelican Bay State Prison Crescent City Ca. 95532, P.O. Box 7500. I am writing you regarding my civil action complaint no. C-07-5417 JF filed in your court on/or about 10-18-07, and my amended complaint filed on/or about 11-18-07.

Could you please extend me an update on it's legal status.

Thank You

Mr. Michael M. Cooperwood
C-46411 D1-214
P.O. Box 7500
Crescent City Calif. 95532

Mr. Michael M. Cooperwood
C-46411 D1-214
P.O. Box 7500
Crescent City, Calif. 95532

Confidential Legal Mail

PELICAN BAY STATE PRISON
SECURITY HOUSING UNIT
UNIT D-1

9410293661 C004

PELICAN BAY STATE PRISON
5905 Lake Earl Dr
Crescent City CA 95532

MAILED FROM ZIPCODE 95531
FEB 15 2008

Richard W. Wieking
Clerk U.S. District Court
Northern District of California
450 Golden Gate Ave.
San Francisco, Calif. 94102