1. Michael Mutawally Cooperwood
   C-46411 D1-214
2. P.O. Box 7500
   Crescent City, Calif. 95532
3. IN PROPRIA PERSONAM

**Filed**

APR 21 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATE DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

NC

Michael M. Cooperwood,
et.al.,
   Plaintiff,

vs.

Robert Tilton, et.al.,
   Defendants

Case No.: C07-5417 JF (PR)

MOTION FOR (30) DAYS
EXTENSION TO FILE
SECOND AMENDED COMPLAINT

Plaintiff, Michael M. Cooperwood, hereby moves this Court for an order allowing a Thirty (30) days extension to file a Second Amended Complaint on the above Case # C07-5417 JF (PR). The Thirty (30) days Requested is to start 4-16-08 to 5-16-08; This is the First Request for Extension of Time. The legal material from the Court was filed the 4-10-08 and arrived to me on the 4-16-08.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 4-16-08

Sign: Michael Cooperwood
Michael M. Cooperwood

MR. Michael M. Cooperwood
C-46411 D1-214
P.O. Box 7500
Crescent City, Calif. 95532

Confidential Mail
- Legal -

**PELICAN BAY STATE PRISON**
**SECURITY HOUSING UNIT**
**UNIT D-1**

PELICAN BAY STATE PRISON
5005 Lake Earl Dr
Crescent City CA 95532


MAILED FROM ZIP CODE 95531

Office of the Clerk, U.S. District Court
Northern District of California
280 South First Street Room 2112
San Jose, California 95113-3095