**United States District Court**
For the Northern District of California

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MUTAWALLY COOPERWOOD,<br><br>    Plaintiff,<br><br>    v.<br><br>ROBERT TILTON, et al.,<br><br>    Defendants. | No. C 07-5417 JF (PR)<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE A SECOND AMENDED COMPLAINT<br><br>(Docket No. 23) |

    Plaintiff, a state prisoner proceeding pro se, filed the instant civil rights complaint pursuant to 42 U.S.C. § 1983.  On April 10, 2008, the Court dismissed the amended complaint and granted Plaintiff leave to file a second amended complaint.  Plaintiff has filed a motion for an extension of time to file a second amended complaint.  The Court concludes that Plaintiff has shown good cause for such extension.  Accordingly, Plaintiff's motion for an extension of time (docket no. 23) is GRANTED.  Plaintiff shall file the second amended complaint **within thirty (30) days** of the date this order is filed.

    It is Plaintiff's responsibility to prosecute this case.  Plaintiff must keep the Court informed of any change of address by filing a separate paper with the clerk headed "Notice of Change of Address."

Order Granting Plaintiff's Motion for Extension of Time to File a Second Amended Complaint
P:\PRO-SE\SJ.Jf\CR.07\Cooperwood417ext.wpd

Case 5:07-cv-05417-JF   Document 24   Filed 05/07/2008   Page 2 of 2

1 He must comply with the Court's orders in a timely fashion or ask for an extension of time to
2 do so. Failure to comply may result in the dismissal of this action pursuant to Federal Rule
3 of Civil Procedure 41(b).

4    IT IS SO ORDERED.

5 DATED: 4/30/08

_____
JEREMY FOGEL
United States District Judge

**United States District Court**
For the Northern District of California

Order Granting Plaintiff's Motion for Extension of time to File An Amended Complaint
P:\PRO-SE\SJ.Jf\CR.07\Cooperwood417ext.wpd

2