Michael Mutawally Cooperwood
C-46411 D1-214
P.O. Box 7500
Crescent City, California 95532
IN PRO PER

FILED JUN 0 4 2008
RICHARD W. WIEKING, CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

RECEIVED 2008 JUN -4 PM 3:24

IN THE UNITED STATE DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

Michael Mutawally Cooperwood,
  Plaintiff,

vs.

Bob McKinney, et. al.,
  Defendants.

SECOND AMENDED COMPLAINT

CIVIL ACTION NO. 07-5417 JF(PR)

PLAINTIFF REQUEST FOR THIRTY (30) DAYS EXTENSION: FROM May 30, 2008 TO June 30, 2008

For the reasons set forth in the attached declaration, Plaintiff Michael Mutawally Cooperwood, hereby request a thirty (30) day extension of time up to and including June 30th, 2008, by which to file an SECOND AMENDED COMPLAINT in Civil Action No. 07-5417 JF(PR). The Second Amended Complaint, include defendants, Bob McKinney (P.O.S.B.T.), Michael C. Sayre (M.D.), Sue Risenhoover (F.N.P.), J. Flowers (R.N.), D. Methfor (C/O), M. Cuthbertson (C/O), R. Pimental (Captain), and M. Grannis (CDCR).

All of the defendants are employees of the California Department of Corrections and Rehabilitation (C.D.C.R.) assigned to Pelican Bay State Prison as the claim herein arose in Del Norte County.

Executed on this date: May 23, 2008

[s.] Michael M. Cooperwood
Michael M. Cooperwood
IN PRO PER

(1)

MR. Michael M. Cooperwood
C-46411  D1-214
P.O. Box 7500
Crescent City Calif. 95532

Legal Confidential Mail

PELICAN BAY STATE PRISON
5905 Lake Earl Dr
Crescent City CA 95532

MAILED FROM ZIPCODE 95531

Office of The Clerk U.S. District Court
Northern District of California
280 South First Street Room 2112
San Jose, California 95113-3095