1. Michael Mutawakil Cooperwood

2. C-46411 D1-214

3. P.O. Box 7500

4. Crescent City, California 95532
   In Pro Per

**FILED**

JUN 0 4 2008

CLERK ... COURT
NORTHERN ... CALIFORNIA
SAN JOSE

5.

6.        IN THE UNITED STATE DISTRICT COURT

7.      FOR THE NORTHERN DISTRICT OF CALIFORNIA

8.

9. Michael Mutawally Cooperwood        SECOND AMENDED COMPLAINT
               Plaintiff,              CIVIL ACTION NO. 07-5417 JF (PR)

10.                                     Declaration In Support of
                                        Request For Thirty (30) days
11.        VS -                         Extension : From May 30, 2008,
                                        To June 30, 2008,
12.

13. Bob McKinney, et. al.
                   Defendants.

14.

15.

16.        I, Michael Mutawally Cooperwood, being duly sworn,

17. deposes and says ---

18.

19.        1.) I am the party in the above-entitle civil

20. action and I'm confined at Pelican Bay State Prison, confined

21. In the Security Housing Units, Crescent City, California - For

22. Reasons set forth below I am requesting a thirty (30) days

23. Extension to complete and file My SECOND AMENDED COMPLAINT,

24. Thirty (30) days to include May 30, 2008, to June 30, 2008, -

25.        2.) On April 10 2008, This Honorable Court dismissed

26. The amended complaint and granted Plaintiff Leave To File

27. a second amended complaint. Plaintiff, file motion for

28. Extension of Time see : (docket No. 23) and order was granted,

(1.)

1. FOR THIRTY (30) DAYS APRIL 30, 2008 TO MAY 30, 2008 and SIGNED

2. by The HONORABLE Judge JEREMY FOGEL .

3. 3.) PLAINTIFF, CONTENDS IN ORDER TO PREPARE

4. The SECOND AMENDED COMPLAINT he WILL NEED THIRTY (30) DAYS

5. To accumulate RECORDS, DOCUMENTS, and EXHIBITS RELATING

6. To his Medical File - That he REQUESTED a REVIEW OF

7. Medical RECORDS IN JANUARY - 2008 - and WAS JUST GRANTED

8. REVIEW MAY 22, 2008, and The Medical ASSISTANT assure

9. Me The COPIES OF The Medical RECORD WILL ARRIVE TO ME

10. by The MAY 30, 2008 . . .

11. 4.) PLAINTIFF, CONTENDS That he RECEIVED

12. COURT ORDER FOR EXTENSION OF TIME APRIL 30, 2008 TO MAY 30, 2008

13. ON MAY 13, 2008 - and IMMEDIATELY SIGNED UP FOR legal

14. deadline STATUS aT The PRISON LAW LIBRARY. HOWEVER

15. The VERIFICATION LIBRARIAN WENT ON VACATION WITHOUT

16. VERIFICATION OF The COURT GRANTING ME THIRTY (30) DAYS

17. EXTENSION - - - MY deadline IS UP MAY 30, 2008, and

18. The (S.H.U.) LAW LIBRARY have NOT been accessable

19. as I hope, ITs IMPERATIVE That PLAINTIFF VISIT The

20. Law LIBRARY To PREPARE His Civil COMPLAINT -

21.

22. I declare UNDER PENALTY OF PERJURY The

23. FOREGOING IS TRUE and CORRECT -

24.

25. Dated May 23, 2008          [S.] Michael M. Cooperwood

26.

27.

28.

(2.)