1. Michael Mutawally Cooperwood
2. C-46411 D1-214
3. P.O. Box 7500
4. Crescent City, California 95532
   In Pro Per

FILED

2008 JUN -4 P 3:24

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

IN THE UNITED STATE DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

Michael Mutawally Cooperwood
  Plaintiff,

vs.

Bob McKinney, et. al.
  Defendants.

SECOND AMENDED COMPLAINT
— EMERGENCY ORDER —

CASE NO. C7-5417 JF (PR)

PLAINTIFF MOTION FOR PRESERVATION OF TANGIBLE ITEMS UNDER THE CONTROL AND IN THE POSSESSION OF DEFENDANTS THAT ARE RELEVANT TO ISSUES IN THE COMPLAINT.

Plaintiff Michael Mutawally Cooperwood, respectfully moves now in this Court for an order to direct Defendants to preserve any and all tangible items relevant to the specific issues in the above-entitled civil action, under their control and possession at Pelican Bay State Prison (P.B.S.P.) particularly in Facility "D" Security Housing Units (S.H.U.) building No. #1, Pod "D" exercise yard exterior/interior - Plexi-glass, screen, mold and/or contaminants on the walls, concrete floors, chase, plumbing and inside "D" Pod ventilation system.

Plaintiff, moves now for a court order for the following identified tangible items of importance to the civil claims to be removed, scientifically tested,

(1.)

1. preserved and video taped upon placed in a secure sealed
2. container that have been identified to have cause and/or
3. contributed to cause severe asthmatic attack, breathing problems,
4. eye problems, pain and suffering by the unknown contaminants,
5. bacteria fungi on the facility "D" building No. #1 Exercise
6. yard roof plexi-glass covering, mesh screen, concrete walls,
7. and ground, also, to and including "D"-Pods floors, walls,
8. inside the plumbing, chase, ventilation systems and
9. cells –
10.     Plaintiff, now respectfully moves in this court
11. for an order to direct defendants to secure and preserve
12. any and all tangible items identified herein in Facility
13. "D" building No.#1 "D"-Pod exercise yard plexi-glass covering
14. on roof, mesh screen, concrete walls, and ground; and to
15. including "D" Pod sections floors, walls, inside the plumbing,
16. chase, ventilation system, and cells. Video tape, removal
17. of any all dust unknown contaminants bacteria, fungi,
18. and sealing of items to be secured for scientific
19. testing to and including the exercise yard plexi-glass
20. covering in "D" Pod at Pelican Bay State Prison Del Norte
21. County Crescent City California –
22.
23.     Executed on this date: May 23, 08   [s] *Michael Cooperwood*
                                              Michael M. Cooperwood
                                              IN PRO PER
24.
25.
26.
27.
28.

(2.) MOTION FOR COURT ORDER

1. Michael Mutawally Cooperwood
2. C-46411 D1-214
3. P.O. Box 7500
4. Crescent City California 95532
   IN PRO PER
5.
6. IN THE UNITED STATE DISTRICT COURT
7. FOR THE NORTHERN DISTRICT OF CALIFORNIA
8.
9.
10. Michael Mutawally Cooperwood
    Plaintiff,
11.
12. vs.
13.
14. Bob McKinney et. al.
    Defendants.
15.

SECOND AMENDED COMPLAINT
CASE NO. 07-5417 JF (PR)

Plaintiff, Motion for Preservation of Tangible Items under the Control and in the Possession of Defendants That are Relevant to Issues in the Complaint.

— EMERGENCY ORDER —

16.
17. DECLARATION IN SUPPORT OF MOTION
18. FOR PRESERVATION OF TANGIBLE ITEMS
19.
20. Plaintiff Michael Mutawally Cooperwood, do declare as
21. follows:
22. 1.) That Pelican Bay State Prison (PBSP) officials
23. are deliberately indifferent to his medical needs. That
24. the living conditions in (PBSP) Security Housing Unit (SHU)
25. Building D1-D Pod/Exercise Yard are unsanitary. The
26. unsanitary conditions are based on fungus, bacteria and
27. unidentified foreign contaminants which blow through
28. the air and into the air vents. The Yard's walls and floors

(1.)

1. are covered in these contaminants. Based upon these living
2. conditions Plaintiff has suffered health problems such as
3. asthmatic attacks, headaches, shortness of breath, insomnia,
4. exhaustion, allergies, fevers, vomiting and vision impairment.
5.     2.) Plaintiff, contends this special request asking
6. the Honorable Court of the Northern District of California
7. for an "EMERGENCY ORDER" demanding Pelican Bay Prison
8. officials/Defendants to preserve any and all tangible items
9. relevant to the specific issues in the above-entitled
10. civil action, is both proper and timely. That on/or about
11. May 22, 2008 at 2:oclock P.M. the Plant Operations Supervisor
12. of Building Trades (POSBT) Mr. Replaced/Supervisor came to talk
13. to Plaintiff Michael Mutawally Cooperwood regarding the D1-
14. Building exercise yard Plexi-glass, walls and floors.
15. Mr. Replaced/Supervisor informed Plaintiff that his maintenance
16. crew was now/presently painting the (SHU) Prison
17. Yards, and steam cleaning all (SHU) Plexi-glass on the
18. Yards. Plaintiff immediately asked the Plant Operations
19. Supervisor of Building Trades (POSBT) Mr. Replaced/Supervisor to
20. do the following: A.) Preserve all tangible items that
21. Plaintiff wish to present as evidence, B.) The Building D1-
22. DPod Exercise Yard contaminated Plexi-glass, C.) Preserve
23. screen, mold and/or contaminants on yard walls, D.) Preserve
24. contaminants on concrete floors, chase, plumbing, and in
25. DPod ventilation system. Plaintiff, have further requested
26. all contaminants founded upon Building D1-DPod/Exercise
27. Yard to be scientifically tested, preserved, and videotaped,
28. placed in a secure sealed container, and immediately

(2.) MOTION FOR COURT ORDER

1. Turned over to this Honorable Court for development and
2. showing of the Jury its salient features of fungus,
3. bacteria, and unsanitary living conditions.
4.     3.) Plaintiff, hereby request this Honorable
5. Court to appoint an Investigator/or court personnel to take
6. camcorder video are photographs of the physical layout
7. of Building D1-D Pod/Exercise Yard at Pelican Bay Security
8. Housing Unit (S.H.U.).
9.     4.) Plaintiff, contends that the camcorder video
10. are photographs of the layout of Building D1-D Pod/Exercise
11. yard is relevant and have probative value in which
12. Plaintiff believe will play a significant role in this
13. civil complaint. Plaintiff, will present all evidence through
14. a medium of testimony of witnesses, records, documents,
15. exhibits, and camcorder video/photographs etc., in proving
16. his claim of "deliberate indifferent" to his serious medical
17. needs, cruel and unusual punishment, and, pain and
18. suffering.
19.     5.) Plaintiff, understand that given all the
20. circumstances of this civil complaint, its location and
21. the overall security concerns regarding the housing
22. status, that his request for court ORDER, will be met
23. with resistance and alarm. Plaintiff, will agree
24. to any reasonable security precautions consistent
25. with the need for showing the Jury those salient
26. features of fungus, bacteria, and unsanitary
27. living conditions. Proving his claim of "deliberate
28. indifferent" to his serious medical needs, cruel and

(3.) MOTION FOR COURT ORDER

1. unusual punishment, and, pain and suffering.
2.     6.) Plaintiff, contends this Request for a
3. <u>EMERGENCY ORDER</u>   is necessary for the preparation
4. of this Civil Complaint No. <u># 07-5417 JF (PR)</u> —
5.
6.     I Declare under Penalty of Perjury and under
7. the law that the foregoing is true and correct —
8.
9. Executed on this Date: <u>May 27, 2008</u>   [S] <u>Michael M. Cooperwood</u>
                                                    Michael M. Cooperwood
                                                    <u>IN PRO PER</u>

(4.) MOTION FOR COURT ORDER