PROOF OF SERVICE BY MAIL

(C.C.P. Section 101(a) # 2015.5, 28 U.S.C. 1746)

**FILED**

2008 JUN -4 P 3: 24

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

I, __Cooperwood__, am a resident of Pelican Bay State Prison, in the County of Del Norte, State of California. I am over eighteen (18) years of age and not a party to the below named action.

My Address is: P.O. Box 7500, Crescent City, CA 95531.

On the __23__ day of __May__, in the year of 20__08__, I served the following documents: (set forth the exact title of documents served)

__SECOND AMENDED COMPLAINT Civil Action No. 07-5417 JF(PR)__
__Request for Thirty (30) days Extension ___ Total 3-Pages.__
__SECOND AMEND COMPLAINT Civil Action No. 07-5417 JF(PR)__
__(EMERGENCY ORDER) For Preservation of Evidence ___ 6-Pages__

on the party(s) listed below by placing a true copy(s) of said document, enclosed in a sealed envelope(s) with postage thereon fully paid, in the United States mail, in a deposit box so provided at Pelican Bay State Prison, Crescent City, CA 95531 and addressed as follows:

__• Copy of Each Motion__
__To: Office of The Clerk U.S.__
__District Court Northern District__
__of California 280 South First__
__Street Room 2112__
__San Jose Calif. 95113-3095__

I declare under penalty of perjury that the foregoing is true and correct.

Dated this __23__ day of __May__, 20__08__.

Signed: __Michael M. Cooperwood__
(Declarant Signature)

Rev. 12/06