**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8                                        NOT FOR CITATION
9                        IN THE UNITED STATES DISTRICT COURT
10                      FOR THE NORTHERN DISTRICT OF CALIFORNIA
11

| | |
|---|---|
| 12  MICHAEL MUTAWALLY COOPERWOOD, | No. C 07-5417 JF (PR) |
| 13 | ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE A SECOND AMENDED COMPLAINT; DENYING MOTION FOR PRESERVATION OF EVIDENCE |
| 14         Plaintiff, | |
| 15     v. | |
| 16  ROBERT TILTON, et al., | |
| 17         Defendants. | (Docket Nos. 25 & 27) |

18

19     Plaintiff, a state prisoner proceeding pro se, filed the instant civil rights complaint
20 pursuant to 42 U.S.C. § 1983.  On April 10, 2008, the Court dismissed the amended
21 complaint and granted Plaintiff leave to file a second amended complaint.  Plaintiff has filed
22 a motion for a second extension of time to file a second amended complaint.  Good cause
23 appearing, Plaintiff's motion for an extension of time (docket no. 27) is GRANTED.
24 Plaintiff shall file the second amended complaint **no later than June 30, 2008**.
25     Plaintiff's motion for an "emergency order" for the "preservation of items under the
26 control and in the possession of defendants that are relevant to issues in the complaint"
27 (docket no. 27) is DENIED as premature.  Plaintiff has yet to file a second amended
28

Order Granting Motion for Ext. of Time; Denying Motion for Preservation of Evidence
P:\PRO-SE\SJ.JF\CR.07\Cooperwood417.ext2.wpd

1  complaint without which the Court is unable to determine whether the items Plaintiff seeks to
2  preserve are indeed relevant to his claims.
3      It is Plaintiff's responsibility to prosecute this case.  Plaintiff must keep the Court
4  informed of any change of address by filing a separate paper with the clerk headed "Notice of
5  Change of Address."  He must comply with the Court's orders in a timely fashion or ask for
6  an extension of time to do so.  Failure to comply may result in the dismissal of this action
7  pursuant to Federal Rule of Civil Procedure 41(b).
8      IT IS SO ORDERED.
9  DATED: 6/12/08

JEREMY FOGEL
United States District Judge

Order Granting Motion for Ext. of Time; Denying Motion for Preservation of Evidence
P:\PRO-SE\SJ.JF\CR.07\Cooperwood417.ext2.wpd

2