PROOF OF SERVICE BY MAIL    **FILED**

(C.C.P. Section 101(a) # 2015.5, 28 U.S.C. 1746) **JUN 24 A 8 44**

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

I, __Cooperwood M.__, am a resident of Pelican Bay State Prison in the County of Del Norte, State of California. I am over eighteen (18) years of age and not a party to the below named action.

My Address is: P.O. Box 7500, Crescent City, CA 95531.

On the __Monday__ day of __June 16th__, in the year of 20__8__, I served the following documents: (set forth the exact title of documents served)

__Three copies of case no.# 07-5417 JF (PR)__
__Entitle: Second Amended Complaint, 32 pages__
__each for a total of 82 pages__

on the party(s) listed below by placing a true copy(s) of said document, enclosed in a sealed envelope(s) with postage thereon fully paid, in the United States mail, in a deposit box so provided at Pelican Bay State Prison, Crescent City, CA 95531 and addressed as follows:

Two Copies:
Office of the Clerk U.S.
District Court
Northern District of California
280 South First Street, Room 2112
San Jose, California 95113-3095

I declare under penalty of perjury that the foregoing is true and correct.

Dated this __Monday__ day of __June 16th__, 20__8__.

Signed: __Michael M. Cooperwood__
(Declarant Signature)

Rev. 12/06