1
2
3
4
5
6
7
8
9
10
11

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

12  MICHAEL MUTAWALLY               )    No. C 07-05417 JF (PR)
    COOPERWOOD,                     )
13                                  )    ORDER OF DISMISSAL
                 Plaintiff,         )
14                                  )
      v.                            )
15                                  )
                                    )
16  ROBERT TILTON, et. al.,         )
                                    )
17               Defendants.        )
    _____  )

18

19      Plaintiff, a California prisoner incarcerated at the Pelican Bay State Prison

20  ("PBSP"), filed in pro se the instant civil rights action pursuant to 42 U.S.C. § 1983

21  against PBSP prison officials.  The Court granted Defendants' motion to dismiss, such

22  that only the claims against unserved Defendant Bob McKinney remained.  (Docket No.

23  80.)  The Litigation Office at PBSP notified the Court that Defendant McKinney passed

24  away in 2009.  (See Docket No. 81.)  On May 11, 2010, the Court ordered Plaintiff to

25  provide proof of service on the estate or representative of deceased Defendant McKinney

26  or provide the Court with accurate current information for the same.  Plaintiff filed a

27  motion for extension of time which the Court granted, such that Plaintiff had until July

28  11, 2010, to file the necessary information with this Court.  Plaintiff was advised that

1   failure to provide information for Defendant McKinney would result in the dismissal

2   without prejudice of all claims against this defendant.  (See Docket No. 87 at 2.)  The

3   deadline has since passed, and Plaintiff has failed to comply.

4       Accordingly, Plaintiff's claims against Defendant McKinney are DISMISSED

5   without prejudice pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.

6       IT IS SO ORDERED.

7

8   DATED: _____8/31/10_____

9                         JEREMY FOGEL
                        United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL MUTAWALLY COOPERWOOD,

       Plaintiff,

  v.

ROBERT TILTON, et al.,

       Defendants.

_____/

Case Number: CV07-05417 JF

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on _____8/31/10_____, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Michael Mutawally Cooperwood C-46411
Pelican Bay State Prison
P.O. Box 7500
D1-214
Crescent City, CA 95532

Dated: _____8/31/10_____

                   Richard W. Wieking, Clerk